■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACOB C. BUCHANAN, Appellant. (Appeal No. 2.) [24 NYS3d 546]— Appeal from a judgment of the Supreme Court, Monroe County (Joanne M. Winslow, J.), rendered August 28, 2012. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Buchanan* ([appeal No. 1] 136 AD3d 1293 [2016]). Present—Whalen, P.J., Centra, Peradotto, Carni and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACOB C. BUCHANAN, Appellant. (Appeal No. 3.) [23 NYS3d 923]— Appeal from a judgment of the Supreme Court, Monroe County (Joanne M. Winslow, J.), rendered August 28, 2012. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Buchanan* ([appeal No. 1] 136 AD3d 1293 [2016]). Present—Whalen, P.J., Centra, Peradotto, Carni and Scudder, JJ.